ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :    INFORMATION

       - v. -              :    08 Cr. 452 (SCR)

ALEX SALAZAR,                    :
a/k/a "Alexander Perez,"         :
a/k/a "Cesar Perez,"             :

         Defendant.         :

- - - - - - - - - - - - - - - - x



## COUNT ONE

The United States Attorney charges:

1.  From in or about October 2005 through in or about March 2007, in the Southern District of New York, ALEX SALAZAR, a/k/a "Alexander Perez," a/k/a "Cesar Perez," the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, unlawfully, willfully, and knowingly, falsified, concealed, and covered up by trick, scheme, and device a material fact and made materially false, fictitious, and fraudulent statements and representations, to wit, SALAZAR falsely stated that another individual had engaged in an illegal gun transaction.

(Title 18, United States Code, Section 1001.)

## COUNT TWO

The United States Attorney further charges:

2.  From in or about October 2005 through in or about March 2007, in the Southern District of New York, ALEX SALAZAR, a/k/a "Alexander Perez," a/k/a "Cesar Perez," the defendant, in a

matter within the jurisdiction of the executive branch of the Government of the United States, unlawfully, willfully, and knowingly, falsified, concealed, and covered up by trick, scheme, and device a material fact and made materially false, fictitious, and fraudulent statements and representations, to wit, SALAZAR falsely stated that another individual had engaged in illegal controlled substance and gun transactions.

(Title 18, United States Code, Section 1001.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney