# UNITED STATES DISTRICT COURT

FOR THE

<u>SOUTHERN DISTRICT OF NEW YORK</u>

---

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| **ALEX SALAZAR,** | 08 Cr. 452 |
|     a/k/a "Alexander Perez," | : |
|     a/k/a "Cesar Perez," | : |
|                   **Defendant.** | : |

------------------------------------x

     **ALEX SALAZAR,** a/k/a "Alexander Perez," a/k/a "Cesar Perez," the above-named defendant, who is accused of violating Title 18, United States Code, Section 1001(a)(2), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

<i>Alex Salazar</i><br>
Defendant

<i>[signature]</i><br>
Counsel for Defendant

Date:  White Plains, New York
        May 21, 2008